**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Todd B. Wesanen,   Civil No. 11-382 (RHK/SER)

      Plaintiff,   **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**
vs.

DePuy Orthopaedics, Inc., Johnson
& Johnson Services, Inc., Johnson &
Johnson,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 16, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge